United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roberta Alford  
       Debtor

Case No. 18-11789-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Apr 16, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.  
db          +Roberta Alford,    220A North 22nd Street,    Philadelphia, PA 19103-1382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:  
       ERIK B. JENSEN    on behalf of Debtor Roberta Alford   akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
      TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ROBERTA ALFORD, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-11789 ELF |

# O R D E R

**AND NOW,** this case having been commenced on **March 16, 2018**,

**AND**, the Debtor having made an initial request for an extension of time to file the schedules, statements and other required documents having been previously requested and granted,

**AND**, the Debtor's initial request having been granted by the court,

**AND**, the Debtor having failed to file the required documents within the extended period,

**AND**, the Debtor having filed a **Motion for Second Extension of Time to File Schedules, Statements and Other Required Documents** ("the Motion"),

**AND**, the Debtor having failed to set forth a factual basis in the Motion justifying the granting of a further extension of time,

It is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. **If all of the required documents are not filed on or before April 20, 2018**, **this case may be DISMISSED without further notice**.

Date: April 16, 2018

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE