**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Roberta Alford <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-11789 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar as servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ Rebecca A. Solarz, Esquire**
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322 FAX (215) 627-7734