**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 18-11789-ELF

ROBERTA  ALFORD

220 A NORTH 22ND STREET

PHILADELPHIA, PA 19103

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ROBERTA  ALFORD

    220 A NORTH 22ND STREET

    PHILADELPHIA, PA 19103

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

                                              /S/ William C. Miller

Date: 6/6/2018                                 _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee