## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Roberta Alford** | : | |
| | : | |
| | : | BANKRUPTCY NO.: 18-11789- ELF |

### CERTIFICATE OF SERVICE

I, Erik B. Jensen, do hereby certify that true and correct copies of the Debtor's First Amended Chapter 13 Plan has been served upon all priority, secured, and unsecured creditors or their counsel.

cc:    **Notice will be electronically mailed to**:

ERIK B. JENSEN on behalf of Debtor Roberta Alford
akeem@jensenbagnatolaw.com,
gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor LAKEVIEW LOAN SERVICING
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

By:/s/ Erik B. Jensen
Jensen Bagnato, P.C.
1500 Walnut St. Suite 1920
Philadelphia, PA 19102