**ALPHA PROFESSIONAL SOLUTIONS INC.**
OPERATING ACCOUNT
4950 PARKSIDE AVENUE, SUITE 500
PHILADELPHIA, PA 19131

**Citizens Bank**

3-7615/360

1226

1/18/2018

PAY TO THE ORDER OF: ROBERTA S ALFORD     $ **1,312.22**

One Thousand Three Hundred Twelve and 22/100************************************************************   DOLLARS

ROBERTA S ALFORD
220A N. 22ND ST
PHILADELPHIA, PA 19103

VOID AFTER 90 DAYS

MEMO: PROF SERVS 1/1/18 - 1/15/18

AUTHORIZED SIGNATURE

⑈001226⑈ ⑉036076150⑉ 6310109832⑊

---

ALPHA PROFESSIONAL SOLUTIONS INC.   1226

ROBERTA S ALFORD                                          1/18/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 1/16/2018 | Bill | 01142018 | 1,312.22 | 1,312.22 | | 1,312.22 |
| | | | | | Check Amount | 1,312.22 |

Cash - Operating - Citizens   PROF SERVS 1//1/18 - 1/15/18                                   1,312.22

---

ALPHA PROFESSIONAL SOLUTIONS INC.   1226

ROBERTA S ALFORD                                          1/18/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 1/16/2018 | Bill | 01142018 | 1,312.22 | 1,312.22 | | 1,312.22 |
| | | | | | Check Amount | 1,312.22 |

Cash - Operating - Citizens   PROF SERVS 1//1/18 - 1/15/18                                   1,312.22

PRODUCT SSLT104   USE WITH 91663 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

**ALPHA PROFESSIONAL SOLUTIONS INC.**
OPERATING ACCOUNT
4950 PARKSIDE AVENUE, SUITE 500
PHILADELPHIA, PA 19131

**Citizens Bank**
3-7615/360

1201

1/8/2018

PAY TO THE ORDER OF   ROBERTA S ALFORD        $ 1,794.26

One Thousand Seven Hundred Ninety-Four and 26/100************************************************ DOLLARS

ROBERTA S ALFORD
220A N 22ND ST
PHILADELPHIA, PA 19103

VOID AFTER 90 DAYS

MEMO   SERVS 12/18/17 - 12/31/17                AUTHORIZED SIGNATURE

⑆001201⑆ ⑈036076150⑈ 6310109832⑆

---

ALPHA PROFESSIONAL SOLUTIONS INC.

ROBERTA S ALFORD                                                                        1201

| Date | Type | Reference | Original Amt | Balance Due | 1/8/2018 Discount | Payment |
|---|---|---|---|---|---|---|
| 1/3/2018 | Bill | RA010318 | 1,794.26 | 1,794.26 |  | 1,794.26 |
|  |  |  |  |  | Check Amount | 1,794.26 |

Cash - Operating - Citizens    SERVS 12/18/17 - 12/31/17                                                1,794.26

ALPHA PROFESSIONAL SOLUTIONS INC.

ROBERTA S ALFORD                                                                        1201

| Date | Type | Reference | Original Amt | Balance Due | 1/8/2018 Discount | Payment |
|---|---|---|---|---|---|---|
| 1/3/2018 | Bill | RA010318 | 1,794.26 | 1,794.26 |  | 1,794.26 |
|  |  |  |  |  | Check Amount | 1,794.26 |

Cash - Operating - Citizens    SERVS 12/18/17 - 12/31/17                                                1,794.26

PRODUCT SSLT104    USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

**1249**

ALPHA PROFESSIONAL SOLUTIONS INC.
OPERATING ACCOUNT
4950 PARKSIDE AVENUE, SUITE 500
PHILADELPHIA, PA 19131

Citizens Bank
3-7615/360

2/1/2018

PAY TO THE ORDER OF  ROBERTA S ALFORD   $ **2,249.52

Two Thousand Two Hundred Forty-Nine and 52/100************************************************ DOLLARS

ROBERTA S ALFORD
220A N. 22ND ST
PHILADELPHIA, PA 19103

VOID AFTER 90 DAYS

MEMO SERVS 1/16/18 - 1/31/18     AUTHORIZED SIGNATURE

⑆001249⑆ ⑈036076150⑈ 6310109832⑈

---

ALPHA PROFESSIONAL SOLUTIONS INC.                                                                 1249

ROBERTA S ALFORD                                              2/1/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/1/2018 | Bill | RA0201.18 | 2,249.52 | 2,249.52 | | 2,249.52 |
| | | | | | Check Amount | 2,249.52 |

Cash - Operating - Citizens   SERVS 1/16/18 - 1/31/18                                       2,249.52

ALPHA PROFESSIONAL SOLUTIONS INC.                                                                 1249

ROBERTA S ALFORD                                              2/1/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/1/2018 | Bill | RA020118 | 2,249.52 | 2,249.52 | | 2,249.52 |
| | | | | | Check Amount | 2,249.52 |

Cash - Operating - Citizens   SERVS 1/16/18 - 1/31/18                                       2,249.52

PRODUCT SSLT101   USE WITH 91663 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

**ALPHA PROFESSIONAL SOLUTIONS INC.**
OPERATING ACCOUNT
4950 PARKSIDE AVENUE, SUITE 500
PHILADELPHIA, PA 19131

**Citizens Bank**
3-7615/360

1269

2/20/2018

PAY TO THE ORDER OF  ROBERTA S ALFORD  $ **1,834.43

One Thousand Eight Hundred Thirty-Four and 43/100************************************************ DOLLARS

ROBERTA S ALFORD
220A N. 22ND ST
PHILADELPHIA, PA 19103

VOID AFTER 90 DAYS

*Chester A. Riddick Jr.*
AUTHORIZED SIGNATURE

MEMO PROF SERVS 2/1/18 - 2/15/18

⑈001269⑈ ⑆036076150⑆ 6310109832⑈

---

ALPHA PROFESSIONAL SOLUTIONS INC.                                             1269

ROBERTA S ALFORD                                    2/20/2018

| Date | Type | Reference | Original Amt | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/16/2018 | Bill | RA021618 | 1,834.43 | 1,834.43 | | 1,834.43 |
| | | | | | Check Amount | 1,834.43 |

---

Cash - Operating - Citizens  PROF SERVS 2/1/18 - 2/15/18                    1,834.43

ALPHA PROFESSIONAL SOLUTIONS INC.                                             1269

ROBERTA S ALFORD                                    2/20/2018

| Date | Type | Reference | Original Amt | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/16/2018 | Bill | RA021618 | 1,834.43 | 1,834.43 | | 1,834.43 |
| | | | | | Check Amount | 1,834.43 |

Cash - Operating - Citizens  PROF SERVS 2/1/18 - 2/15/18                    1,834.43

PRODUCT SSLT104  USE WITH 91663 ENVELOPE  Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

1296

**ALPHA PROFESSIONAL SOLUTIONS INC.**
OPERATING ACCOUNT
4950 PARKSIDE AVENUE, SUITE 500
PHILADELPHIA, PA 19131

**Citizens Bank**
3-7615/360

3/1/2018

PAY TO THE ORDER OF    ROBERTA S ALFORD    $ 1,687.14

One Thousand Six Hundred Eighty-Seven and 14/100************************************************************************************************ DOLLARS

ROBERTA S ALFORD
220A N. 22ND ST
PHILADELPHIA, PA 19103

VOID AFTER 90 DAYS

MEMO  PROV SERVS 2/16/18 - 2/28/18
AUTHORIZED SIGNATURE

⑆001296⑆ ⑈036076150⑈ 6310109832⑉

---

ALPHA PROFESSIONAL SOLUTIONS INC.                                                                          1296

ROBERTA S ALFORD                                                             3/1/2018
| Date | Type | Reference | Original Amt | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/28/2018 | Bill | RA022818 | 1,687.14 | 1,687.14 | | 1,687.14 |
| | | | | | Check Amount | 1,687.14 |

Cash - Operating - Citizens   PROV SERVS 2/16/18 - 2/28/18                                            1,687.14

---

ALPHA PROFESSIONAL SOLUTIONS INC.                                                                          1296

ROBERTA S ALFORD                                                             3/1/2018
| Date | Type | Reference | Original Amt | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/28/2018 | Bill | RA022818 | 1,687.14 | 1,687.14 | | 1,687.14 |
| | | | | | Check Amount | 1,687.14 |

Cash - Operating - Citizens   PROV SERVS 2/16/18 - 2/28/18                                            1,687.14

PRODUCT SSLT104   USE WITH 91663 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop