IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Roberta Alford | : | |
| | : | No. 18-11789-ELF |
| Debtor | : | |
| | : | |

CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtor's Second Amended Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel on October 8, 2018 via first class mail.

Date: 10/8/18                                                                                   /s/ Erik B. Jensen
                                                                                                 Erik B. Jensen, Esquire
                                                                                                 *Attorney for Debtor*