IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Roberta Alford | : | |
| | : | No. 18-11789-ELF |
| Debtor | : | |
| | : | |

## AMENDED CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtor's Second Amended Chapter 13 Plan has been served on the following via first class regular mail on October 8, 2018:

Aimee Cobb, Bankruptcy Administrator
Nissan - Infiniti LT
POB 660366
Dallas, TX 75266-0366

Margaret Crowley, Document Control Officer
Department Stores National Bank
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Gwendolyn Wiens, Document Control Officer
Department Stores National Bank
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Shraddha Bharatia, Claims Administrator
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Kelly Marie Hutchins, Bankruptcy Specialist
MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090

Kelly Botti, Corporate Counsel
TruMark Financial Credit Union
335 Commerce Drive
P.O. Box 8127
Fort Washington, PA 19034

Rebecca Solarz, Bankruptcy Attorney
Lakeview Loan Servicing, LLC
c/o Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618

LeoAnn Shannon, Claims Processor
LVNV Funding, LLC its successors and assigns as
assignee of Capital One, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Date: 10/9/18                                                                /s/ Erik B. Jensen
                                                                          Erik B. Jensen, Esquire
                                                                          *Attorney for Debtor*