**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Roberta Alford

13

Bky No. 18-11789-ELF

Debtor(s).

**ORDER**

**AND NOW,** this 9th day of November, 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,500.00 less $1,500.00 already paid with a remaining balance of $2,000.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**