# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11789-ELF

ROBERTA  ALFORD

220 A NORTH 22ND STREET

PHILADELPHIA, PA 19103

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBERTA  ALFORD

220 A NORTH 22ND STREET

PHILADELPHIA, PA 19103

Counsel for debtor(s), by electronic notice only.

ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Date: 12/2/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee