**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERTA ALFORD | Chapter 13 |
| Debtor | Bankruptcy No. 18-11789-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 22, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
ROBERTA ALFORD

220 A NORTH 22ND STREET

PHILADELPHIA, PA 19103