United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roberta Alford  
    Debtor

Case No. 18-11789-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 2    Date Rcvd: Jul 22, 2020  
                      Form ID: pdf900    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.

```
db            +Roberta Alford,    220A North 22nd Street,    Philadelphia, PA 19103-1382
14100085       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14074719      +Amex,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
14089212      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14074722      +Dsnb Bloomingdales,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
14074723      +Jensen Bagnato, P.C.,    1500 Walnut Street,    Philadelphia, PA 19102-3523
14074724      +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. STE 225,
                 Hazelwood, MO 63042-2429
14111021      +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14077265       Nissan - Infiniti LT,    POB 660366,    Dallas, TX 75266-0366
14074726      +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2720
14074727      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Jul 23 2020 04:44:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2020 04:43:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 23 2020 04:44:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14074721      +E-mail/Text: clientservices@credit-control.com Jul 23 2020 04:43:55     Central Loan Admin & R,
                 Po Box 77404,    Ewing, NJ 08628-6404
14262789       E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 04:43:47
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14111410       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:58:06
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14074725      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:58:04
                 LVNV Funding/Resurgent Capital,    PO Box 10497,    Greenville, SC 29603-0497
14103963      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2020 04:43:54     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14105848      +E-mail/Text: dbogucki@trumark.org Jul 23 2020 04:44:10     TruMark Financial Credit Union,
                 335 Commerce Drive,    P.O. Box 8127,    Fort Washington, PA 19034-8127
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14074720       Cap1/bstby
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:

```
              ERIK B. JENSEN    on behalf of Debtor Roberta  Alford akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Jul 22, 2020
                              Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                           TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Chapter 13
ROBERTA ALFORD

Debtor   Bankruptcy No. 18-11789-ELF

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 22, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
ROBERTA ALFORD

220 A NORTH 22ND STREET

PHILADELPHIA, PA 19103